TUCKER ELLIS LLP
Rebecca M. Biernat SBN 198635
rebecca.biernat@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:      415.617.2400
Facsimile:      415.617.2409

TUCKER ELLIS LLP
David Harley Jones SBN 298719
david.jones@tuckerellis.com
515 South Flower St., 42nd Floor
Los Angeles, CA 90071
Telephone:      213-430-3400
Facsimile:      213-430-3409

Attorneys for Defendants
ELECTROLUX HOME PRODUCTS, INC. and
GENERAL ELECTRIC COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY (a/s/o Brooks Landing) | Case No.1:17-cv-00157-DAD-EPG |
| Plaintiff, | **ADR STATUS REPORT AND AMENDED SCHEDULING ORDER** |
| v. | |
| GENERAL ELECTRIC COMPANY; ELECTROLUX HOME PRODUCTS, INC.; and DOES 1- 10, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The parties hereby submit the following ADR Status Report and [Proposed] Amended Scheduling Order:

### 1. Mediation

The parties have agreed to mediate this action before mediator Chris P. Lavdiotis, Esq., Lombardi, Loper & Conant, LLP, and have scheduled mediation for May 29, 2018.

//

## 2. Proposed Revised Pre-trial Schedule

The parties propose the following amended discovery schedule to allow for mediation to take place before further discovery is conducted:

Non-Expert Discovery due by July 13, 2018 (from April 9, 2018)

Designation of Experts due by August 10, 2018 (from May 11, 2018)

Rebuttal Designation of Experts due by September 21, 2018 (from June 11, 2018)

Expert Discovery due by October 26, 2018 (from July 11, 2018)

Dispositive Motions filed by October 31, 2018 (from August 27, 2018)

All other dates to remain the same.

DATED:  April 19, 2018                    TUCKER ELLIS LLP

By:  */s/ Rebecca Biernat*
Rebecca M. Biernat, Esq.
rebecca.biernat@tuckerellis.com
Attorneys for Defendants
ELECTROLUX HOME PRODUCTS,
INC. and GENERAL ELECTRIC
COMPANY


DATED:  April 19, 2018                    ALPER & McCULLOCH

By:  */s/ Dean A. Alper*
Dean A. Alper, Esq.
daa@alpermcculloch.com
Attorneys for Plaintiff
Mid-Century Insurance Company

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Scheduling Order, (ECF No. 16), is further modified as follows:

Non-Expert Discovery due by July 13, 2018,

Designation of Experts due by August 10, 2018,

Rebuttal Designation of Experts due by September 21, 2018,

Expert Discovery due by October 26, 2018,

Dispositive Motions filed by October 31, 2018.


IT IS SO ORDERED.

Dated:   **April 20, 2018**          /s/ _Erin P. Grosjean_

UNITED STATES MAGISTRATE JUDGE