# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY (a/s/o Brooks Landing Apartment Association, LLC)), <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, ELECTROLUX HOME PRODUCTS, INC. and DOES 1-10, <br><br> Defendants. | Case No. 1:17-cv-00157-EPG <br><br> **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** <br><br> (ECF No. 28) |

In light of the stipulation of the parties, (ECF No. 28), all claims in this action are hereby dismissed, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: __**August 29, 2018**__            /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE